UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES,

    Plaintiff,

v.                                                Case No. 6:22-MJ-2309-DAB

THOMAS PAVEY,

    Defendant.
_____/

## MOTION FOR EXPEDITED DETENTION HEARING

THOMAS PAVEY, by and through his undersigned attorney, moves this Honorable Court to hold a detention hearing this afternoon on December 22, 2023. In support thereof, Mr. Pavey states the following:

## STATEMENT OF FACTS

*Procedural History*

1.    On December 21, 2022, Mr. Pavey was arrested pursuant to Rule 5(c)(2) for an indictment filed in the Northern District of Illinois.  Doc. 1.

2.    Mr. Pavey's initial appearance was held the same day and the government made an ore tenus motion for detention. Docs. 2 and 5.

3.    This Court scheduled a detention hearing for December 23, 2022 at 1:30 p.m.

4.    Mr. Pavey was detained and transported to the Orange County Jail.

## ARGUMENT

While the Mr. Pavey appreciates the Court scheduling his detention hearing for Friday, December 23, 2022, he requests a detention hearing this afternoon.  Mr. Pavey, wishes to be reunited

1

with his young children and girlfriend as soon as possible.  As the Court is aware, he is charged with a non-violent offense (371 Conspiracy) which alleges criminal conduct in 2016 and 2017.  In its December 21, 2022 recommendation, Pretrial Services recommended he be released with conditions.  While for some "another night in jail" may not be unduly burdensome, for individuals like Mr. Pavey, who has never been arrested, the experience is particularly harsh.  If the Court could reschedule the detention hearing for a time this afternoon it's possible that if he could reunite with his family this evening.

WHEREFORE, Mr. Pavey respectfully moves this Honorable Court to reschedule his detention hearing for December 22, 2023.

/s/ Dan Eckhart
Dan Eckhart, Esq.
Florida Bar No. 488674
200 E. Robinson St., Suite 1150
Orlando, FL 32801
Ph:  407.203.3730
Fx:   407.513.4146
dan@daneckhartlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in this case on December 22, 2022.

/s/ Dan Eckhart
Dan Eckhart, Esq.

2