UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,   Case No. 6:22-mj-2309-DAB

Plaintiff,                 ☐
Government                 ☒         ☐ Evidentiary
                                     ☐ Trial
                                     ☒ Other
v.

THOMAS PAVEY

Defendant                  ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 12.22.22 | 12.22.22 | Donald Cooke | | Republic of Vanuatu Passport and Citizenship Certificate (2-pages) |
| 2 | 12.22.22 | 12.22.22 | Donald Cooke | | Screenshots of Cellphone messages (9-pages) |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |