**U.S. District Court**
**Middle District of Florida**
**ORLANDO Division**

**GOVERNMENT EXHIBIT**

Exhibit No.: 1

Case No.: 6:22-MJ-2309-DAB

UNITED STATES OF AMERICA

vs.

THOMAS PAVEY

Date Identified: _____
Date Admitted: _____

## Inpoten Infomeisen

1. Ofis blong Paspot blong Vanuatu mo olgeta diplomatik mo konsula ofisa we oli stap long ol narafala kaontri olgeta nao oli stap isium ol Vanuatu paspot.
2. Paspot ia hemi propeti blong Gavman blong Vanuatu mo man o woman nomo we nem blong hem i stap long hem i save yusum paspot ia mo oli save karembak paspot ia eni taem.
3. Paspot ia hemi wan dokumen we i gat bigfala valiu mo yu mas lukaot gud long hem. Ol paspot blong Vanuatu oli laef kasem 10 yia.
4. Yu no mas jenisim eni samting long paspot ia o yu no mas givim paspot ia long eni man we ino gat raet blong holem paspot ia.
5. Sipos yu lusum o damejem paspot ia yu mas ripotem kwiktaem long Ofis blong Paspot long Vanuatu mo long polis. Sipos yu stap long wan narafala kaontri yu mas ripotem long polis blong ples we yu stap long hem mo long ofis blong diplomatik o konsula representetiv blong Vanuatu we i stap kolosap long yu. Bambae oli no givim wan narafala paspot long yu kwiktaem so yu lukaotem gud hemia.
6. Taem yu gat paspot ia, hemi no karemaot risponsibiliti we yu gat blong karem eni visa we yu nid blong karem blong travel mo blong folem olgeta imigreisen rul blong kaontri.

---

## REPUBLIC OF VANUATU / RÉPUBLIQUE DE VANUATU

**PASSPORT / PASSEPORT**

Type / Type: P
Country code / Code du pays: VUT
Passport No. / N° du Passeport: RV0132424

Surname / Nom: PAVEY
Given names / Prénoms: THOMAS JOSEPH
Sex / Sexe: M
Date of birth / Date de naissance: 23 AUG 1985
Nationality / Nationalité: VANUATU
Place of birth / Lieu de naissance: INDIANA
Date of issue / Date de délivrance: 19 OCT 2021
Date of Expiry / Date d'expiration: 18 OCT 2031
Authority / Autorité: PORT VILA



Holder's signature / Signature du titulaire

VUT031759

```
P<VUTPAVEY<<THOMAS<JOSEPH<<<<<<<<<<<<<<<<<<<
RV01324248VUT8508236M3110186<<<<<<<<<<<<<<08
```

 

**REPUBLIC BLONG VANUATU- REPUBLIQUE DU VANUATU- REPUBLIC OF VANUATU**



DSP-812/21

# Sitisensip Certificate – Certificat de Citoyenneté
# Citizenship Certificate

CITIZENSHIP ACT, CAP. 112-LOI SUR LA NATIONALITE, CHAPITRE 112

*Hemia blong talem tru se*

**Mr. PAVEY JR THOMAS JOSEPH**

long _07_ dei blong manis _Septemba_ 20_21_

*I kam sitisen blong Republic blong Vanuatu olsem konstitution I talem mo follem seksen 13e long lo blong Sitisensip, Cap 112*

*Il est Certifié par la présente que*

**Mr. PAVEY JR THOMAS JOSEPH**

*a acquis la nationalité Vanuatuane le _07_ du mois de _Sept_ 20_21_ conformément à la Constitution de la République et à L'article 13e relatif à la Nationlité, Chapitre 112*

*It is hereby certified that*

**Mr. PAVEY JR THOMAS JOSEPH**

was on the _07_ day of _September_ 20_21_ granted Vanuatu Citizenship in accordance with the Constitution and the section 13e of the Citizenship Act, Cap 112



CHAIRMAN CITIZENSHIP COMMISSION
PRESIDENT DE LA COMMISSION

MEMBER BLONG COMMISSION
MEMBRE DE LA COMMISSION



Foska