









Chat with Vichea, April 2, 2022:

- like buying land
- cars — 10:20 AM
- So you'll receive USD from the USDT? — 10:20 AM
- yes — 10:20 AM
- And you can deposit USD into your bank? — 10:21 AM
- this part is a bit tricky. it depends on individuals. banks can ask where you get the money from. they can reject your deposit. but if your bank accounts have big transactions before, they may not suspect — 10:23 AM
- What did you do with the 250k? — 10:23 AM
- Deposit into bank? — 10:24 AM
- deposited 100K, keep some cash — 10:24 AM
- i am testing the bank — 10:24 AM
- Was it also USD? — 10:24 AM
- yes — 10:25 AM
- I'm trying to come up with a plan to change crypto into a wire transfer through your system, and you'll send it to my company for real estate investment — 10:26 AM



icloud.com












